IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 01-cv-02089-MSK-CBS

DEAN A. BRAMLET, M.D.,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT,

    Defendant.

## ORDER DENYING MOTION IN LIMINE (#200), WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Plaintiff's Motion *in Limine* to Exclude Testimony of Defendant's Expert Witness Diane W. DeWitt, Ph.D. **(#200)**. Having considered the motion, the response **(#203)** and the reply **(#204)**, the Court

**FINDS** and **CONCLUDES** that:

The motion does not comply with the undersigned's Procedures for Rule 702 Motions. These Procedures are found at http://www.co.uscourts.gov/judges/msk_702procedures.pdf.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion *in Limine* to Exclude Testimony of Defendant's Expert Witness Diane W. DeWitt, Ph.D. **(#200)** is **DENIED**, without prejudice.

Dated this 2nd day of November, 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge