IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02089-MSK-CBS

DEAN A. BRAMLET, M.D.,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT,

    Defendant.

_____

**ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE**
_____

    The Final Trial Preparation Conference previously set for May 12, 2006 is hereby reset to **May 16, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    DATED this 3rd day of March 2006.

                                                  **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge