IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02089-MSK-CBS

DEAN A. BRAMLET, M.D.,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT,

    Defendant.

## ORDER DENYING JOINT MOTION UNDER FED. R. EVID. 702
## RE: EXPERT LAURA VOIGHT

THIS MATTER comes before the Court on the parties' Joint Motion Under Fed. R. Evid. 702 re: Expert Laura Voight. The "opinion" described in the motion is not an opinion.

**IT IS THEREFORE ORDERED** that the motion **(#224)** is **DENIED**.

Dated this 29th day of March, 2006

                          **BY THE COURT:**

                          Marcia S. Krieger
                          United States District Judge