IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02089-MSK-CBS

DEAN A. BRAMLET, M.D.,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT,

    Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION BUT GRANTING REQUEST TO FILE AMENDED RULE 702 MOTION

THIS MATTER comes before the Court on the Defendant's Motion to Amend Fed. R. Evid. 702 Motion re: Expert Laura Voight and Request for Reconsideration **(#226)**. Having considered the same,

**IT IS ORDERED** that:

(1) The motion **(#226)** is **DENIED IN PART** and **GRANTED IN PART**. The request for reconsideration is denied. The request for leave to file an amended Rule 702 motion is granted.

(2) The Clerk of Court shall file Exhibit A to the motion **(#226)** as a separate motion with its own docket number.

(3) A 1-hour evidentiary hearing on the amended Rule 702 motion will be held on **May 11, 2006** at **11:00 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

Dated this 30th day of March, 2006

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge