IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02089-MSK-CBS

DEAN A. BRAMLET, M.D.,

     Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT,

     Defendant.

---

## ORDER REGARDING COMPLIANCE WITH RULES

---

THIS MATTER comes before the Court on Plaintiff's Motion for Clarification of Court's Order Dated March 30, 2006 **(#232)**.  A review of the Motion  indicates that Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

     **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 12th day of April, 2006.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge