IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02089-MSK-CBS

DEAN A. BRAMLET, M.D.,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT,

    Defendant.

_____

## ORDER GRANTING MOTION FOR CLARIFICATION BUT DENYING REQUEST FOR TELEPHONIC TESTIMONY
_____

    This matter comes before the Court on the Plaintiff's Unopposed Motion for Clarification of Court's Order Dated March 30, 2006 **(#234)**.  The Plaintiff asks the Court to clarify whether it will allow his expert, Laura Voight, to appear by telephone at the Fed. R. Evid. 702 hearing set for May 11, 2006.  With regard to the request for telephonic testimony, sufficient cause has not been shown in light of the nature of the issue to be heard.

    **IT IS THEREFORE ORDERED** that the Motion for Clarification **(#234)** is **GRANTED**.  The Court **DENIES** the Plaintiff's request to allow Ms. Voight to testify by telephone.

    Dated this 13th day of April, 2006

                                   **BY THE COURT:**

                                   Marcia S. Krieger
                                   United States District Judge