IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02089-MSK-CBS

DEAN A. BRAMLET, M.D.,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT,

    Defendant.

_____

### ORDER VACATING RULE 702 HEARING
_____

THIS MATTER comes before the Court on the parties' Joint Motions to Vacate the Rule 702 Hearing **(#240)** and **(#241),** scheduled for May 11, 2006, at 11:00 a.m. The COURT having reviewed the motions and being fully advised in the premises,

**HEREBY GRANTS** motions **(#240)** and **(#241)**. The Rule 702 hearing currently set for May 11, 2006 at 11:00 a.m., **is VACATED**.

DATED this 25th day of April 2006.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge