IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-2089-MSK-CBS

DEAN A. BRAMLET, M.D.,

    Plaintiff,

v.

ASPEN VALLEY HOSPITAL DISTRICT,

    Defendant.
_____

ORDER ALLOWING APPEARANCE BY TELEPHONE APPEARANCE
_____

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Appear Telephonically at the Final Trial Preparation Conference (currently unfiled) and good cause having been shown, it is hereby Ordered that:

Counsel shall be allowed to appear by telephone at the Final Trial Preparation Conference scheduled at 8 a.m., May 16, 2006. Counsel shall contact the Courtroom Deputy by telephone in order to appear.

Dated this 16th day of May, 2006.

                                          **BY THE COURT:**

                                          *(signature)*
                                          _____

                                          Marcia S. Krieger
                                          United States District Judge